DAVIS *v.* GEISSLER.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR ·THE DISTRICT OF KANSAS.

No. 185.  Argued March 27, 1896.—Decided April 13, 1896.

The Circuit Court having made no certificate to this court of the question of its jurisdiction, the writ of error is dismissed on the authority of *Maynard* v. *Hecht*, 151 U. S. 324, and other cases cited.

Motion to dismiss.  The case is stated in the opinion.

*Mr. E. A. McMath* for the motion.  *Mr. W. C. Oliver* was on his brief.

*Mr. D. P. Stubbs* opposing.  *Mr. W. F. Rightmire* was on his brief.

Mr. Chief Justice Fuller delivered the opinion of the court.

This was an action brought by plaintiffs in error, citizens of the State of Illinois, against more than thirty defendants, alleged to be citizens of the State of Kansas, in the Circuit Court of the United States for the District of Kansas. The petition averred the execution by defendants of a certain contract annexed for the payment to plaintiffs of five thousand dollars for the construction, erection and putting in operation of a creamery at or near Oakley, Kansas, the contract being signed by defendants in the form of subscriptions to stock; performance by plaintiffs; and that they had received on

account the sum of one hundred dollars; and demanded judg-
ment against defendants, jointly and severally, for $4900 and
interest. Some of the defendants did not appear, but defend-
ants in error did, and pleaded a modified general denial, and
twelve other defences, setting up fraud in respect of the con-
tract; non-performance; want of jurisdiction, in that one of
the defendants, B. Mahanna, was a co-citizen of Illinois with
plaintiffs; and that Mahanna's subscription to the contract
was really a subscription by plaintiffs, made by him as their
agent. Defendants claimed that the contract was several and
not joint, and that each was bound only for the amount of his
own subscription, which in no instance exceeded eight hun-
dred and fifty dollars. The case was tried by a jury, but
after the evidence was closed the court declined to submit
it, and entered an order, November 28, 1891, that " it appear-
ing to the court that this court has not jurisdiction of the
subject-matter of this action, it is ordered that this case be
and the same is hereby dismissed at the costs of plaintiffs."
To review this judgment the pending writ of error was sued
out October 13, 1892.

The Circuit Court made no certificate of the question of its
jurisdiction to this court, and the case comes within *Maynard*
v. *Hecht,* 151 U. S. 324; *Colvin* v. *Jacksonville,* 157 U. S. 368;
*Van Wagenen* v. *Sewall,* 160 U. S. 369; *Chappell* v. *United
States,* 160 U. S. 499, 507.

*Writ of error dismissed.*